# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
Urbana Division

MILTON AL STEWART,
Acting Secretary of Labor, U.S.
Department of Labor,

      Plaintiff,

v.

B&D GROCERY INC.,

      Defendant.

Case No. 21-mc-2001

## REPORT AND RECOMMENDATION

On February 23, 2021, the Petitioner filed a Petition for Enforcement of Administrative Subpoena Duces Tecum (#1). The Petition seeks to compel the Respondent B&D Grocery to comply with the administrative subpoenas *ad testificandum* and *duces tecum* issued by the Regional Administrator, Wage and Hour Division, United States Department of Labor.

The Petition alleges that the Respondent has failed to provide documents requested by the Acting Secretary and failed to comply with the subpoena issued by the Department of Labor.

The Court entered an Order to Show Cause (#5) on March 11, 2021, directing the Respondent to show cause why it should not comply with and obey the administrative subpoena. The Order to Show Cause directed Respondent to show cause within 14 days and further ordered the U.S. Marshals Service to serve a copy of the Order and Petition upon the Respondent.

The U.S. Marshals Service attempted service, but the Respondent refused service (#7).

As of the date of this Order, the Respondent has not yet complied with the subpoena or shown cause as to why it failed to comply. Due to the Respondent's failure to comply with the subpoena or to show cause for its failure to comply, the Court recommends that Respondent be held in contempt.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

The Court directs the Petitioner to serve a copy of this Order on Respondent.

ENTERED this 5th day of April, 2021.

                                                                    s/ERIC I. LONG
                                             UNITED STATES MAGISTRATE JUDGE