UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MARTIN J. WALSH**, <br> Secretary of Labor, <br> United States Department of Labor, <br><br> Petitioner, <br><br> v. <br><br> **B&D GROCERY, INC.**, <br><br><br> Respondent. | ) <br> ) <br> ) <br> )   Misc. Case No.: 21-mc-2001 <br> ) <br> )   Judge Colin S. Bruce <br> )   Magistrate Judge Eric I. Long <br> ) <br> ) <br> ) <br> ) <br> ) |

## SECRETARY OF LABOR'S MOTION FOR SANCTIONS AGAINST RESPONDENT B&D GROCERY, INC.

Petitioner **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor ("Secretary" or "Department"), by counsel, pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, respectfully requests the Court issue appropriate sanctions against **B&D GROCERY, INC.'s** ("B&D Grocery" or "Respondent") by entering an order that holds B&D Grocery's owner and President Lester Detweiler also in civil contempt, imposes a $150.00 daily fine, payment of attorney's fees, payment of service costs, and any other relief as the Court finds just.

On April 26, 2021, this Court entered an Order finding Respondent held in civil contempt, tolled the statute of limitations from December 16, 2020, and granted Petitioner leave to file a Motion for Sanctions. (ECF No. 11). As of the date of this filing, Respondent B&D Grocery has not complied with this Court's Orders and sanctions are appropriate. The factual and legal bases for granting the Secretary's motion are set forth in the accompanying supporting brief. For the reasons stated therein, the Secretary prays that his motion is granted.

**WHEREFORE**, for all the reasons set forth herein and in the accompanying *Memorandum in Support of the Secretary of Labor's Motion for Sanctions*, the Secretary respectfully requests

the Court grant this motion and enter an Order:

    A.    Holding Respondent's owner and President **LESTER DETWEILER** also in civil contempt;

    B.    Ordering the U.S. Marshals Service to personally serve one copy of the Secretary's Motion for Sanctions, Memorandum in Support, Supporting Exhibits and Proposed Order, the April 26, 2021 Notification of Docket Entry (ECF No. 11), and this Order on **B&D GROCERY, INC.** and its owner **LESTER DETWEILER;**

    C.    Ordering Respondent **B&D GROCERY, INC.** and its owner **LESTER DETWEILER** to produce all responsive documents to the Secretary within five calendar days of receipt of the Order by the U.S. Marshals Service;

    D.    Subjecting **B&D GROCERY, INC.** and its owner **LESTER DETWEILER**, to a coercive fine of $150.00 per day for each subsequent day (after personal service of the Order by the U.S. Marshals Service) they fail to comply with the Court's March 11, 2021 Order to Show Cause and fail to produce documents and comply with the Subpoena *duces tecum*;

    E.    Directing **B&D GROCERY, INC.** and its owner **LESTER DETWEILER**, to pay the Secretary a compensatory fine equal to private service costs of $125.00 and attorney's fees of $875.00;

    F.    Granting the Secretary leave to file additional sanctions against **B&D GROCERY, INC.** and its owner **LESTER DETWEILER**, at a later date, if they fail to comply;

    G.    For such other and further sanctions and relief that the Court finds appropriate.

Respectfully submitted,


**ELENA GOLDSTEIN**
Acting Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

P.O. Address:

s/Lydia J. Faklis
Office of the Solicitor  **LYDIA J. FAKLIS**
U.S. Department of Labor  Trial Attorney
230 S. Dearborn St., Room 844
Chicago, IL 60604  Attorneys for **MARTIN J. WALSH**
Telephone No.: 312/353-6992  Secretary of Labor
Fax No.: 312/353-5698  U.S. Department of Labor
E-mail: faklis.lydia.j@dol.gov  Petitioner

3

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing *Motion for Sanctions* and attached exhibits of the Secretary of Labor were served upon all parties in the above entitled and numbered cause by depositing the same via UPS, in an envelope addressed to Respondent's last known residential and business addresses:

   B&D Grocery, Inc.
   1510 Lake Land Blvd.
   Mattoon, Illinois 61938

   And

   Lester Detweiler
   1733 CR 1000 N
   Sullivan, IL 61951

Certified this 19th day of May, 2021.

       */s/ Lydia J. Faklis*
       _____
       **LYDIA J. FAKLIS**
       **Attorney**