UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor,<br>United States Department of Labor, | )<br>)<br>)<br>) | |
| Petitioner, | )<br>) | Case No.: 21-MC-2001 |
| v. | )<br>) | |
| B&D GROCERY, INC., and<br>LESTER DETWEILER, an individual, | )<br>)<br>) | |
| Respondents. | ) | |

## NOTICE OF COMPLIANCE WITH COURT ORDER

Respondents, B&D Grocery, Inc. and Lester Detweiler hereby advise this Court and all parties that Respondents have complied with the September 17, 2021 Order directing Respondents to produce all responsive documents to the U.S. Department of Labor's subpoena no later than September 28, 2021. Respondents have tendered all responsive documents within their knowledge and possession to Counsel for Petitioner, as well as to the Assistant District Director of the Wage and Hour Division for the St. Louis District Office of the United States Department of Labor.

Respectfully Submitted,

*/s/ Lester Detweiler*

Lester Detweiler, Respondent
B&D Grocery, Inc.
1510 Lake Land Blvd.
Mattoon, IL 61938-5914
bdgrocery1@gmail.com
(217) 202-8434

**Prepared by:**
Audrey C. Thompson, Stand-by Counsel for Respondents
**Beckett Law Office, P.C.**
508 S. Broadway Ave.
Urbana, Illinois 61801
(217) 328-0263
Audrey@beckettlawpc.com
ARDC No. 6327692

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on September 27, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system which will send notification of such filing(s) to all attorneys and parties of record.

*Audrey C. Thompson*
Audrey C. Thompson

**AUDREY C. THOMPSON**
**BECKETT LAW OFFICE, P.C.**
508 S. Broadway Ave.
Urbana, Illinois 61801
(217) 328-0263
Audrey@beckettlawpc.com
ARDC No. 6327692